BENJAMIN B. WAGNER
United States Attorney
YASIN MOHAMMAD
Assistant United States Attorneys
2500 Tulare St., Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 12-CR-174 |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| JERRY KHATTHAVONG, AKA "J-ROCK," | |
| Defendant, | |

**STIPULATION TO CONTINUE STATUS CONFERENCE
AND TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT**

Plaintiff United States of America, by and through its counsel of record above, and defendants, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on July 23, 2012.

2. By this stipulation, defendant now moves to continue the status conference until August 13, 2012 and to exclude time between July 23, 2012 and August 13, 2012 under Local Code T4 and 18 U.S.C. § 3161. Plaintiff does not object to this request.

3. The parties agree and stipulate, and request that the Court find the following:

a. The government has represented that the discovery associated with this case includes investigative reports, lab reports, and audio and video files. Much of this discovery has been either

1

produced directly to counsel and/or made available for inspection and copying.  Some supplemental discovery will be forthcoming.

    b.     Counsel for defendant is not available on the presently set date because she is due in court in Coalinga.  Furthermore, Counsel desires additional time consult with her client, to review the current charges, to conduct investigation and research related to the charges, to review and copy discovery for this matter, to discuss potential resolutions with his/her client, to prepare pretrial motions, and to otherwise prepare for trial.

    c.     The defendant believes that failure to grant the above-requested continuance would deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and for further plea negotiations.

    d.     The government stipulates to the continuance.

    e.     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f.     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 23, 2012 to August 13, 2012, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

    4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///

///

IT IS SO STIPULATED.

DATED: July 13, 2012.

/s/ Yasin Mohammad
YASIN MOHAMMAD
Assistant United States Attorney

DATED: July 13, 2012.

/s/ Katherine Hart
KATHERINE HART
Counsel for Defendant

**O R D E R**

IT IS SO ORDERED.

Dated: **July 15, 2012**      /s/ *Dennis L. Beck*
UNITED STATES MAGISTRATE JUDGE