1  BENJAMIN B. WAGNER
   United States Attorney
2  YASIN MOHAMMAD
   Assistant United States Attorneys
3  2500 Tulare St., Suite 4401
   Fresno, CA  93721
4  Telephone:  (559) 497-4000
   Facsimile:   (559) 497-4099
5  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JERRY KHATTHAVONG, AKA "J-ROCK,"<br><br>Defendant, | CASE NO.  1:12-CR-00174-AWI-DLB<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |

**STIPULATION TO CONTINUE STATUS CONFERENCE
AND TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT**

Plaintiff United States of America, by and through its counsel of record above, and defendants, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on August 13, 2012.

2. By this stipulation, defendant now moves to continue the status conference until September 24, 2012 and to exclude time between August 13, 2012, 2012 and September 24, 2012 under Local Code T4 and 18 U.S.C. § 3161.  Plaintiff does not object to this request.

3. The parties agree and stipulate, and request that the Court find the following:

   a. The government has represented that the discovery associated with this case includes investigative reports, lab reports, and audio and video files.  Much of this discovery has been either

1

produced directly to counsel and/or made available for inspection and copying.  Some supplemental discovery will be forthcoming.

    b.    Counsel for defendant is not available on the presently set date because she is due in an extended multi-defendant trial in Fresno Superior Court.  Furthermore, Counsel desires additional time consult with her client, to review the current charges, to conduct investigation and research related to the charges, to review and copy discovery for this matter, to discuss potential resolutions with his/her client, to prepare pretrial motions, and to otherwise prepare for trial.

    c.    The defendant believes that failure to grant the above-requested continuance would deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and for further plea negotiations.

    d.    The government stipulates to the continuance.

    e.    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 13, 2012 to September 24, 2012, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///

IT IS SO STIPULATED.

DATED: August 8, 2012.

/s/ Yasin Mohammad
YASIN MOHAMMAD
Assistant United States Attorney

DATED: August 8, 2012.

/s/ Katherine Hart
KATHERINE HART
Counsel for Defendant

IT IS SO ORDERED.

Dated: **August 9, 2012** **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE